# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136913

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

EDUARDO MEDRANO, JR.,
          Defendant-Appellant.

SC: 136913
COA: 285066
Ottawa CC: 07-031653-FC

_____/

On order of the Court, the application for leave to appeal the June 6, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

d1020